UNITED STATES DISTRICT COURT
IN THE EASTERN DISTRICT OF MICHIGAN

SALWA KANDALAFT,

    Plaintiff,

v.

MONEY RECOVERY NATIONWIDE,

    Defendants.

Case No.: 2:11-cv-12428

Hon. Judge Paul D. Borman

| JOSEPH BERNWANGER | CHARITY A. OLSON (P68295) |
| --- | --- |
| Attorney for Plaintiff | OLSON LAW GROUP |
| 407 E. Grand River Ave | Attorneys for Defendant |
| Howell, MI 48843 | 106 E. Liberty St., Suite 303 |
| Tel: 734-250-3508 | Ann Arbor, MI 48104 |
|  | Tel: (734) 222-5179 |
|  | colson@olsonlawpc.com |

## STIPULATION OF DISMISSAL

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the parties, through their respective counsel, stipulate to the dismissal of Plaintiff's claims as to Money Recovery Nationwide, with prejudice and without fees or costs to either party.

*Stipulated and Agreed:*

/s/ Joseph Bernwanger
JOSEPH BERNWANGER (P71895)
Counsel for Plaintiff

/s/ Charity A. Olson
CHARITY A. OLSON (P68295)
Counsel for Defendant

UNITED STATES DISTRICT COURT
IN THE EASTERN DISTRICT OF MICHIGAN

SALWA KANDALAFT,

    Plaintiff,

v.

MONEY RECOVERY NATIONWIDE,

    Defendants.

Case No.: 2:11-cv-12428

Hon. Judge Paul D. Borman

| | |
|---|---|
| JOSEPH BERNWANGER<br>Attorney for Plaintiff<br>407 E. Grand River Ave<br>Howell, MI 48843<br>Tel: 734-250-3508 | CHARITY A. OLSON (P68295)<br>OLSON LAW GROUP<br>Attorneys for Defendant<br>106 E. Liberty St., Suite 303<br>Ann Arbor, MI 48104<br>Tel: (734) 222-5179<br>colson@olsonlawpc.com |

## ORDER OF DISMISSAL

The Court having reviewed the parties' Stipulation of Dismissal and finding good cause shown;

**IT IS HEREBY ORDERED** that Plaintiff's claims as to Defendant, Money Recovery Nationwide, are dismissed with prejudice and without costs or fees to any party.

**IT IS SO ORDERED.**

_____
Hon. Paul D. Borman